1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

| MELANIE C. LATRONICA, | ) | 1:09cv01162 AWI DLB |
|---|---|---|
9
| | ) | |
| | ) | |
10
| | ) | ORDER GRANTING APPLICATION TO |
| Plaintiff, | ) | PROCEED IN FORMA PAUPERIS |
11
| | ) | |
| v. | ) | (Document 3) |
12
| | ) | |
| SUPERIOR COURT OF CALIFORNIA, | ) | |
13
| COUNTY OF MERCED, JOHN D. | ) | |
| KIRIHARA, | ) | |
14
| | ) | |
| Defendants. | ) | |
15
| | ) | |

16
17      Plaintiff Melanie C. Latronica ("Plaintiff") is proceeding pro se in this action.  Plaintiff

18 filed her complaint on July 6, 2009, along with a motion to proceed in forma pauperis pursuant to

19 28 U.S.C. § 1915.  Plaintiff's application demonstrates that she is entitled to proceed without

20 prepayment of fees and is therefore GRANTED.

21
22      IT IS SO ORDERED.

**Dated:** __**July 9, 2009**__          _____**/s/ Dennis L. Beck**_____
23                                                    UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1